UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYSEN McCLEARY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DAVID NELMARK and SCOTT BEATTIE,<br><br>Defendants - Appellees. | No. 24-3625<br><br>D.C. No.<br>9:24-cv-00006-DLC<br>District of Montana,<br>Missoula<br><br>ORDER |

Before:     CALLAHAN, FRIEDLAND, and BRESS, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40.

The petition for panel rehearing and petition for rehearing en banc (Docket Entry Nos. 45, 46) are denied.

This court will not entertain further filings in this closed case.